COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-238-CV

IN RE JOHN DILLARD RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and request for emergency relief and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus and request for emergency relief are denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: GARDNER, J.; CAYCE, C.J.; and HOLMAN, J.

CAYCE, C.J. not participating.

DELIVERED: August 15, 2003

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.